IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES R. DICKERSON | : | CIVIL ACTION |
| v. | : | |
| JOHN W. PERSON, ESQUIRE, DEPUTY PROTHONOTARY, SUPREME COURT OF PENNSYLVANIA, EASTERN DISTRICT | : : | NO. 02-2947 |

O R D E R

AND NOW, this            day of August, 2002, it is ORDERED that petitioner is GRANTED an extension of time until September 15, 2002 to respond to respondent's motion to dismiss.

_____
THOMAS N. O'NEILL, JR.,    J.