IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES R. DICKERSON | : |
| | : CIVIL No. 02-2947 |
| v. | : |
| | : |
| JOHN W. PERSON | : |
| | : |

**O R D E R**

AND NOW, this         day of January 2003, after considering petitioner's motion to add exhibits, it is ORDERED that petitioner's motion is DENIED as moot because petitioner's complaint was dismissed on November 1, 2002.

_____

THOMAS N. O'NEILL, JR., J.